USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2026

Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516 fax 212-593-1844
cell. 201-306-4369
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

May 3, 2026

**BY ECF & EMAIL**
VyskocilNYSDChambers@nysd.uscourts.gov

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re: United States v. De Hoop Cartier, Erica Milena Lopez- Ortiz***
         24cr133

Dear Judge  Vyskocil:

    I am submitting this letter on behalf of  Eric Milena Lopez-Ortiz and the United States Attorney's Office for the Southern District of New York.  Please be advised that the Government and Ms. Lopez-Ortiz have reached a plea agreement in principle and are currently fine tuning some of the language in the plea agreement. I believe a finalized plea agreement will be reached on Monday May 4, 2026. I anticipate meeting with my client at the beginning of this week, with a plea agreement translated into Spanish and with the aid of a Spanish interpreter. I am unaware of the Government's schedule but counsel can be available if the Court is available to take Ms. Lopez-Ortiz' plea on the afternoon of May 7th or anytime on May8th.

    In light of the above development,  we respectfully request that the Court adjourn the May 4, 2026 deadline for filing oppositions to motions in limine and propose voir dire, jury instructions and verdict sheet for one week until May 11, 2026.

Respectfully submitted,
/s/
Donna R. Newman
Cc: All counsel of Record via ECF
    AUSA Jennifer Ong via Email and ECF
    AUSA Eli Mark via Email and ECF
    AUSA David A. Markwitz via Email and ECF

The request is DENIED.  Unless and until the Parties submit to the Court a signed Plea Agreement, all pre-trial deadlines remain in effect, and the trial remains on the calendar as scheduled.

Date: 5/5/2026
New York, New York

Mary Kay Vyskocil
United States District Judge