USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | |
| ERICA MILENA LOPEZ ORTIZ, | |
| Defendant. | |

24-cr-133 (MKV)

**TRIAL SCHEDULING
ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Defendant Erica Milena Lopez Ortiz ("Defendant Lopez"), counsel for Defendant Lopez, and counsel for the Government are directed to appear for a pre-trial conference on May 13, 2026, at 2:30 p.m.

On December 15, 2025, the Court directed the Parties, including Co-Defendant Leonardo de Jesus Zuluaga Duque ("Co-Defendant Zuluaga"), to submit any motions *in limine* on or before April 10, 2026, with oppositions thereto due on or before May 1, 2026, and replies in support thereof due on or before May 8, 2026. [ECF No. 193] at 1. The Court further directed the Parties to submit, on or before May 1, 2026, joint proposed *voir dire* questions, jury instructions, and verdict forms in accordance with Rule 5.A. of the Court's Individual Rules of Practice in Criminal Cases. *Id.* Trial was set for June 9, 2026. *Id.*

The Government timely submitted motions *in limine* with respect to both Defendant Lopez and Co-Defendant Zuluaga. [ECF No. 229]. In contemplation of pending discussions regarding a negotiated resolution of this matter, Co-Defendant Zuluaga requested an extension of his deadline to oppose the Government's motions *in limine* through May 4, 2026, [ECF No. 242], an extension of the Government's deadline to reply through May 11, 2026, [ECF No. 244], and an extension of the Parties' deadline to submit joint proposed *voir dire* questions, jury instructions, and verdict forms through May 4, 2026, *id.* The Court granted those requests. [ECF No. 245].

Thereafter, on May 3, 2026, in contemplation of pending discussions regarding a negotiated resolution of this matter, Defendant Lopez requested an extension of her deadline to oppose the Government's motions *in limine* through May 11, 2026, without acknowledging that the Court had not previously extended her deadline to do so from May 1, 2026. [ECF No. 249]. Defendant Lopez also requested an extension of the Parties' deadline to submit joint proposed *voir dire* questions, jury instructions, and verdict forms through May 11, 2026. *Id.* The Court denied those requests, noting that "[u]nless and until the Parties submit to the Court a signed Plea Agreement, all pre-trial deadlines remain in effect, and the trial remains on the calendar as scheduled." [ECF No. 256].

While the requests were still pending, the Government timely submitted proposed *voir dire* questions, [ECF No. 253], proposed jury instructions, [ECF No. 252], and a proposed verdict form, [ECF No. 254]. The Government also submitted a letter indicating that counsel for Defendant Lopez had not provided comments on those proposals.[1] [ECF No. 251].

The Court again reminds counsel for Defendant Lopez that, unless and until the Parties submit to the Court a signed Plea Agreement, all pre-trial deadlines remain in effect, and the trial remains on the calendar as scheduled.

**SO ORDERED.**

**Date:  May 8, 2026**
     **New York, NY**

                    **MARY KAY VYSKOCIL**
                    **United States District Judge**

---

[1] The Government's letter also indicated that counsel for Co-Defendant Zuluaga had likewise not provided comments on the proposals, but Co-Defendant Zuluaga has since entered into a plea agreement. *See* [ECF No. 259].