USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2026

Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516 fax 212-593-1844
cell. 201-306-4369
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

May 8, 2026
**BY ECF & EMAIL**
VyskocilNYSDChambers@nysd.uscourts.gov

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. De Hoop Cartier, Erica Milena Lopez- Ortiz***
    24cr133

Dear Judge  Vyskocil:

I am submitting this letter on behalf of  Eric Milena Lopez-Ortiz and the United States Attorney's Office for the Southern District of New York. The Government has submitted to the Court Ms. Lopez-Ortiz's executed plea agreement-both in Spanish and in English. The Government has also submitted to the Court Mr. Lopez-Ortiz's executed consent order for an order of forfeiture. Accordingly, with the Government's consent, I respectfully request the Court change the scheduled Pretrial Conference scheduled for May 13 at 2:30 to a change of plea hearing. I request that the Court stay the pretrial proceedings and deadlines in light of  parties plea agreement.

I apologize for providing the Government  and in turn the Court with the executed plea agreement and the executed forfeiture consent order on Friday afternoon. In all candor I was experiencing technical difficulties with my scanner which was finally resolved late Friday afternoon.

I thank the Court for its consideration of this application.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Eli Mark via ECF & Email
    AUSA David Markewitz via ECF & Email
    AUSA Jennifer Ong via ECF & Email

The conference scheduled in this matter for May 13, 2026, is hereby ADJOURNED, along with all pre-trial deadlines applicable to the Defendant.  The Court will schedule a change of plea hearing upon receipt of the S8 Superseding Information.

Date: 5/9/2026
New York, New York

Mary Kay Vyskocil
United States District Judge