UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                              :

UNITED STATES OF AMERICA                    :      CONSENT PRELIMINARY ORDER
                                                                  OF FORFEITURE/
                - v. -                                    :      MONEY JUDGMENT

ERICA MILENA LOPEZ ORTIZ,              :      S8 24 Cr. 133 (MKV)

                Defendant.                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___5/13/26___ |

WHEREAS, on or about May 13, 2026, ERICA MILENA LOPEZ ORTIZ (the "Defendant"), was charged in a two-count Superseding Information, S8 24 Cr. 133 (MKV) (the "Information"), with (i) conspiring the launder the proceeds of drug trafficking, in violation of 18 U.S.C. § 371 (Count One); and (ii) conspiring to import cocaine into the United States, in violation of 18 U.S.C. § 371 (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 982(a)(1) of any and all property, real and personal, involved in the offense charged in Count One of the Information, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count One of the Information;

WHEREAS, on or about May 13, 2026, the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegations with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1),

a sum of money equal to $14,751,846 in United States currency, representing property involved in the offense charged in Count One of the Information, or any property traceable to such property;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $14,751,846 in United States currency, representing the amount of property involved in the offense charged in Count One of the Information; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorneys Jennifer N. Ong, Eli J. Mark, and David A. Markewitz, of counsel, and the Defendant and her counsel, Donna Newman, Esq., that:

1.      As a result of the offenses charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the total amount of $14,751,846 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count One of the Information, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ERICA MILENA LOPEZ ORTIZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New

York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.       The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.       Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.       Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.       The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York


By:    _Eli J. Mark_____          5/8/2026
       JENNIFER N. ONG/ELI J. MARK/            DATE
       DAVID A. MARKEWITZ
       Assistant United States Attorneys
       26 Federal Plaza
       New York, NY 10278
       (212) 637-2224/2431/2260


ERICA MILENA LOPEZ ORTIZ


By:    _Erica Mila Lopez_____         5/8/2026
       ERICA MILENA LOPEZ ORTIZ                 DATE


By:    _____               6/8/2026
       DONNA R. NEWMAN, ESQ.                    DATE
       Attorney for Defendant


SO ORDERED:

_Mary Kay Vyskocil_____                5/13/26
HONORABLE MARY KAY VYSKOCIL                     DATE
UNITED STATES DISTRICT JUDGE