USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2026

Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516 fax 212-593-1844
cell. 201-306-4369
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

September 17, 2026

**BY ECF & EMAIL**
VyskocilNYSDChambers@nysd.uscourts.gov

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re: United States v. De Hoop Cartier, Erica Milena Lopez- Ortiz***
24cr133

Dear Judge Vyskocil:

I write to request a one day extension from September 22nd, until September 23rd to submit the sentencing submission on behalf of Ms. Lopez-Ortiz. This request should not affect the sentencing which is now scheduled for October 6. The Government consents to this request.

On Monday September 21st I will be observing the Jewish holiday, Yom Kippur. As a result, I will not be working on Sunday evening through Monday evening. I have been waiting for medical records from Essex county that I have not yet received. This delay along with other scheduled commitments has impacted my ability to complete the submission and I will need an additional day to file the completed submission.

I thank the Court for its consideration of this request.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Eli Mark
AUSA Jennifer Ong
AUSA David Marekwitz

**Granted. SO ORDERED.**

Date: 9/17/2026
New York, New York

Mary Kay Vyskocil
United States District Judge