USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 11/25/2026

Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516 fax 212-593-1844
cell. 201-306-4369
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

November 24, 2026

**BY ECF & EMAIL**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

***Re: United States v. Erica Milena Lopez-Ortiz*** 24cr133
Proposed Order For Medical Treatment

Dear Judge Vyskocil:

I write to inform that Court that I learned on Monday, November 23 from Ms. Lopez-Ortiz' relative that she had been moved from Essex County Correctional Facility by the Federal Bureau of Prison either on Thursday, November 19th or on Friday, November 20th. Accordingly, Ms. Lopez Ortiz did not receive the gynecological examination and treatment as the Court ordered in its November 19th Order. See Dkt. #318. I have informed the Government of Ms. Lopez- Ortiz' movement. They informed that they will be filing a letter with any additional information regarding Ms. Lopez-Ortiz' location as they may obtain.

The Court's order also required counsel to file under seal the medical records I had referenced in my motion seeking a court order compelling Essex County Correctional facility to enable Ms. Lopez-Ortiz' to be examined and treated by a gynecologist. In light of Ms. Lopez-Ortiz' transfer, kindly advise the undersigned counsel whether I should file the aforementioned medical records under seal on the docket.

Respectfully,
/s/
Donna R. Newman
Cc: AUSA Eli Mark
AUSA David Markewitz

Counsel is directed to file Ms. Lopez Ortiz's medical records under seal on the docket, as ordered by the Court [ECF No. 318]. The Clerk of Court is respectfully requested to close docket entry number 321.

**SO ORDERED.**

**Date: 11/25/2026**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge